IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:22-cr-30041-DWD |
| | ) |
| LUIS SANTOS-LOPEZ, | ) |
| | ) |
| Defendant. | ) |

### MEMORANDUM & ORDER

**DUGAN, District Judge:**

An indictment charges Defendant Luis Santos-Lopez with one count of illegal reentry after deportation in violation of 8 U.S.C. § 1326(a). (Doc. 35). On March 16, 2022, Defendant was temporarily detained pending his preliminary and detention hearings. (Doc. 17). On March 18, 2022, Defendant waived the detention and preliminary hearings, and the Court remanded Defendant to the custody of the United States Marshal Service. (Doc. 34). On May 23, 2022, Defendant filed a waiver of formal arraignment and entered a plea of not guilty. (Doc. 43).

Now before the Court is the parties' joint motion to consolidate the plea and sentencing hearings. (Doc. 46). In the motion, the parties indicate that they have reached a guilty plea agreement and that they wish to schedule a consolidated plea and sentencing hearing. Federal Rule of Criminal Procedure 32(e)(1) requires that the Presentence Investigation Report ("PSR") not be submitted until the defendant has pleaded guilty, unless the defendant consents in writing. Here, the motion states that the

defendant consents to the pre-plea disclosures of the PSR. (Doc. 46 at 2). Further, both the United States Probation Office and the parties have agreed to the use of an expedited, abbreviated PSR.

For good cause shown, the parties' joint motion (Doc. 46) is **GRANTED**. The United States Probation Office is **DIRECTED** to prepare and submit an expedited, abbreviated PSR by **August 25, 2022**. Upon receipt of the PSR, the Court will set this matter for a prompt change of plea and sentencing hearing. The Court notes that Rule 32(e)(2) requires that a PSR be disclosed "at least 35 days before sentencing unless the defendant waives this minimum period." Should Defendant decide to waive this period in order to expedite matters, he shall do so in writing. The Court will also consider an agreed-upon motion to waive the 14-day period for objecting to the PSR provided that the parties file it after receiving and reviewing the report. The Clerk of Court is **DIRECTED** to transmit a copy of this Order to the United States Probation Office for the Southern District of Illinois, ATTN: Kristi Miller.

**SO ORDERED.**

Dated: July 1, 2022                                             /s *David W. Dugan*
                                                                                    _____
                                                                                    DAVID W. DUGAN
                                                                                    United States District Judge